David Chiappetta (SBN 172099)
E-mail: DChiappetta@perkinscoie.com
Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Plaintiff
Tagged, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tagged, Inc., a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>Does 1 through 10 as Affiliate Programs for AMATEURMATCH.COM, and Does 11 through 500 as Affiliate Spammers for AMATEURMATCH.COM,<br><br>  Defendants. | Case No. CV-09-1708 SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF TAGGED, INC.'S ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

The Court, having considered Plaintiff Tagged, Inc.'s Administrative Request Pursuant To Local Rule 7-11 For Leave To Take Discovery Prior To Rule 26 Conference, hereby GRANTS the motion. Therefore, it is hereby ORDERED as follows:

**(1) Immediate Discovery**

ORDERED that Tagged Inc. ("Tagged") may serve immediate discovery for the limited purpose of obtaining the names, current and former addresses, telephone numbers, e-mail addresses, IP addresses, and/or other information (collectively "Identifying Information") that may be used to identify the individuals or entities responsible for driving online traffic to amateurmatch.com, its sub-domains, sub-directories, and/or any of the webpages contained

therein, from any portion of the tagged.com website, and/or any of its respective sub-domains, sub-directories, and/or webpages ("Affiliate Spammers").

ORDERED that Tagged may serve immediate discovery, including subpoenas in the form attached as Exhibit A hereto, upon Deniro Marketing LLC or all individuals or entities responsible for registering, controlling, or paying for the domain amateurmatch.com or any sub-domain or website located thereunder for the limited purpose of obtaining the Identifying Information for the Affiliate Spammers.

ORDERED that Tagged must serve a copy of this Order attached to any subpoena it serves pursuant to this Order.

**(2) Motions to Quash or Other Objections**

ORDERED that any individual or entity served with a subpoena pursuant to this Order shall have 20 days from service of the subpoena, to move to quash or otherwise object to the subpoena. If no such action is taken within this time period, then following its expiration, the recipient of the subpoena shall immediately produce the information requested in the subpoena.

**(3) Preservation of Evidence**

ORDERED that the recipient of a subpoena pursuant to this Order shall preserve and not destroy all documents and evidence requested in the subpoena.

**(4) Scope of Use of the Identifying Information**

ORDERED that any information disclosed to Tagged in response to the subpoena may be used by it solely for the purpose of protecting its rights in the above-captioned case. Any such information filed with this Court shall conform to Federal Rule of Civil Procedure 5.2 and Civil Local Rule 3-17.

### Rationale of Decision

In accordance with *UMG Recordings, Inc. v. Doe*, No. C 08-1193 SBA, 2008 WL 4104214, *4 (N.D. Cal., September 3, 2008), Tagged has made a showing of "good cause" to conduct discovery prior to the Federal Rule of Civil Procedure 26(f) conference for the limited purpose of obtaining the Affiliate Spammers' Identifying Information.

58520-0015/LEGAL16324867.1

1      IT IS SO ORDERED.

2  Dated this __30TH__ day of __JUNE__, 2009.

                                        *Saundra B. Armstrong*

58520-0015/LEGAL16324867.1

# EXHIBIT A

Please produce:

(1) **Identifying Information for amateurmatch.com Affiliate Spammers:** All logs (including web server logs), records, data, documentation and other information containing the names, current and former addresses, telephone numbers, e-mail addresses, and/or IP addresses ("Identifying Information"), including affiliate codes, for all individuals or entities who drive, or have driven, online traffic to amateurmatch.com, its sub-domains, sub-directories, and/or any of the webpages contained therein (collectively "amateurmatch.com"), from tagged.com, and/or any of its respective sub-domains, sub-directories, and/or webpages (collectively "tagged.com").

(2) **Documents Relating to Traffic Driven to amateurmatch.com by Affiliate Spammers**: All logs (including web server logs), records, data, documentation and other information reflecting, referencing, or evidencing online traffic driven to amateurmatch.com, its sub-domains, sub-directories, and/or any of the webpages contained therein, from tagged.com, and/or credits, consideration, or payment received for driving such traffic.

(3) **Identifying Information for amateurmatch.com Affiliate Spammers Using Certain Affiliate Codes:** All logs (including web server logs), records, data, documentation and other information concerning all individuals or entities assigned the following affiliate codes, including documents containing their Identifying Information, and all information regarding credits, consideration, or payment received by them:

    (a) MTI2OTV8MTd8MjI0&atcc=1&skin=23&_g=1;

    (b) MTE0OTB8Nnw3NDc=&subid=CD13870;

    (c) MTIzNDd9NrriMTU=&skin=23;

    (d) OTE3OHw2fDEyMg==&skin=23&_g=1; and

    (e) MTE3MjJ8Nnw5MjE=&_t=sg.