Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Plaintiff
Tagged, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tagged, Inc., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> Does 1 through 10 as Affiliate Programs for AMATEURMATCH.COM, and Does 11 through 500 as Affiliate Spammers for AMATEURMATCH.COM, <br><br> Defendants. | Case No. CV-09-1708 SBA <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW DAVID P. CHIAPPETTA AS COUNSEL OF RECORD FOR TAGGED, INC.** <br><br> Judge: Honorable Saundra Brown Armstrong |

Having reviewed Plaintiff Tagged, Inc.'s Notice of Motion and Motion to Withdraw David P. Chiappetta as Counsel of Record for Plaintiff Tagged, Inc., and good cause appearing, the Court orders that the motion is hereby GRANTED, and David P. Chiappetta is withdrawn as attorney of record for Plaintiff Tagged, Inc.

**IT IS SO ORDERED.**

Dated: 8/20/09

*Saundra B. Armstrong*

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE