David Chiappetta (SBN 172099)
E-mail: DChiappetta@perkinscoie.com
Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

Attorneys for Plaintiff
Tagged, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tagged, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Does 1 through 10 as Affiliate Programs for AMATEURMATCH.COM, and Does 11 through 500 as Affiliate Spammers for AMATEURMATCH.COM,<br><br>Defendants. | Case No. CV-09-1708 SBA<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF TAGGED, INC.'S ADMINISTRATIVE REQUEST FOR RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS** |

Upon considering Plaintiff Tagged Inc.'s Administrative Request For Relief From The Order Setting Initial Case Management Conference And ADR Deadlines And For An Extension Of Time To Serve Defendants ("Motion"), the Court having considered the moving papers, the Declaration of Brian P. Hennessy filed in support of the Motion, files in the record, and good cause having been shown:

IT IS HEREBY ORDERED that Tagged Inc.'s ("Tagged") Motion is granted.  The Order Setting Initial Case Management Conference And ADR Deadlines is hereby revised as follows:

1) October 16, 2009 is the last day to serve Defendants.

2) November 9, 2009 is the last day to:

    (a) Meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan per Federal Rule 26(f) & ADR Local Rule 3-5;

    (b) File the ADR Certification signed by the Parties and Counsel per Civil Local Rule 16-8(b) & ADR Local Rule 3-5(b); and

    (c) File either the Stipulation to ADR Process or Notice of Need for ADR Phone Conference per Civil Local Rule 16-8(c) & ADR Local Rule 3-5(b) & (c)

(3) November 16, 2009 is the last day to file the Federal Rule 26(f) Report, complete Initial Disclosures or state objections in the Rule 26(f) Report and file the parties' Joint Case Management Statement.

(4) The initial Case Management Conference is to be held on **December 17, 2009 at 2:30 p.m.**

### **Rational of Decision**

In accordance with Local Rules 16-2(d) and 7-11, Federal Rules of Civil Procedure 4(m) and 6(b), and this Court's Standing Orders, Tagged has made a showing of "good cause" to revise the Order Setting Initial Case Management Conference and ADR Deadlines and to extend the 120-day time limit to serve the Defendants as provided herein.

Dated: September 2, 2009

_____
SAUNDRA BROWN ARMSTRONG
District Court Judge